[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11037

Non-Argument Calendar

_____

KIM CAMILLE FLORENCE,

Plaintiff-Appellant,

*versus*

DISTRICT ATTORNEY OF COLUMBUS,
MAYOR OF COLUMBUS,
SHERIFF OF COLUMBUS,
COLUMBUS CHIEF OF POLICE,
LARRY MITCHELL,
Jail Commander, et al.,

Defendants-Appellees.

_____

2                    Opinion of the Court                    24-11037

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 4:23-cv-00110-CDL-MSH

_____

Before NEWSOM, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The 30-day statutory time limit required Kim Florence, a jail inmate proceeding *pro se*, to file a notice of appeal from the district court's December 6, 2023 judgment on or before January 5, 2024. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). However, Florence did not file a notice of appeal until March 18, 2024. Although a motion to appeal *in forma pauperis* ("IFP") can be construed as a notice of appeal, Florence's motion that the district court docketed in this action is captioned as seeking leave to proceed in appeal number 23-13902, which is pending. *See Haney v. Mizell Mem'l Hosp.*, 744 F.2d 1467, 1472 (11th Cir. 1984). Accordingly, the notice of appeal filed on March 18, 2024 is untimely and cannot invoke our appellate jurisdiction. *See Hamer v. Neighborhood Hous. Servs. of Chi.*, 138 S. Ct. 13, 21 (2017).

All pending motions are denied as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.